# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| Oluwakemi Adewol, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TGINESIS LLC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:23-CV-00509-GLR

**APPROVED this 14th day of September, 2023. Plaintiff is directed to file their Opposition to Defendant's Motion to dismiss on or before October 30, 2023. Defendant is directed to file their Reply in support of their Motion to dismiss on or before November 20, 2023.**

/s/
George L. Russell, III
United States District Judge

### **STIPULATION**

It is hereby stipulated and agreed, by and between the parties, by and through their undersigned counsel, to the following briefing schedule on Defendant TGINESIS LLC's forthcoming Motion to Dismiss Plaintiff's Amended Complaint:

Defendant TGINESIS LLC's Motion to Dismiss Plaintiff's Amended Complaint is due on October 2, 2023.

Plaintiff's Opposition to Defendant's Motion to Dismiss is due on October 30, 2023.

Defendant's Reply in Support of its Motion to Dismiss is due on November 20, 2023.


Dated: Sept. 13, 2023　　　　　　　　　　　　Respectfully submitted,


*/s/ Steffan T. Keeton*　　　　　　　　　　　*/s/ Heather A. Rice*
Steffan T. Keeton, Esq.　　　　　　　　　　Heather A. Rice (#19584)
100 S. Commons Ste 102　　　　　　　　　FRANKLIN & PROKOPIK P.C.
Pittsburgh, PA 15212　　　　　　　　　　　2 N. Charles Street, Suite 600
Tel: (888) 412-5291　　　　　　　　　　　　Baltimore, MD 21201
stkeeton@keetonfirm.com　　　　　　　　Tel: (410) 230-3617
*Counsel for Plaintiff and the Proposed Class*　　hrice@fandpnet.com