IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Oluwakemi Adewol, on behalf of herself, and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-CV-00509-GLR ) |
| TGINESIS LLC, | ) ) ) |
| Defendant. | ) |

**DEFENDANT TGINESIS LLC'S MOTION TO DISMISS**

Defendant TGINESIS LLC ("TGIN") files this Motion to Dismiss Plaintiff Oluwakemi Adewol's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b).

As explained more fully in TGIN's Memorandum in Support of its Motion to Dismiss, filed with this Motion and incorporated herein by reference, Plaintiff's Amended Complaint fails to state a claim for which relief can be granted. Plaintiff has not alleged that the word "natural," as it appears in the TGIN brand name on the product at issue in the Amended Complaint, is deceptive or misleading to the reasonable consumer. Plaintiff's Amended Complaint should be dismissed in its entirety and with prejudice because Plaintiff fails to plausibly allege that a reasonable consumer would be misled or deceived by the word "natural" in the context in which it appears.

Additionally, Plaintiff's claim under the Maryland Consumer Protection Act also fails to state a claim because Plaintiff has not alleged with the specificity required under Rule 9(b) that she suffered a cognizable injury. Plaintiff's causes of action for unjust enrichment and violations

of various state consumer protection statutes, brought individually and on behalf of a putative class, are also inadequately pleaded and must be dismissed.

Finally, the Court must dismiss Plaintiff's claim for injunctive relief under Rule 12(b)(1) because she has alleged that she will not purchase the product as-is in the future, precluding future harm.

For all of these and other reasons, as further elaborated upon in the accompanying Memorandum, Plaintiff's Amended Complaint should be dismissed with prejudice.

Dated: October 2, 2023

Respectfully submitted,

/s/ *Heather A. Rice*
Heather A. Rice (#19584)
Franklin & Prokopik, P.C.
2 North Charles St., Suite 600
Baltimore, MD 21201
Tel: (410) 752-8700
hrice@fandpnet.com

Meegan Brooks (pro hac vice forthcoming)
Benesch Friedlander Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Tel: (628) 600-2250
mbrooks@beneschlaw.com

Sheila M. Prendergast (pro hac vice forthcoming)
Benesch Friedlander Coplan & Aronoff LLP
71 S. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 624-6358
sprendergast@beneschlaw.com

*Counsel for Defendant TGINESIS LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2023, the foregoing was filed electronically and served electronically upon:

Steffan Thomas Keeton
The Keeton Firm LLC
100 S Commons
Ste. 102
Pittsburgh, PA 15212
Email: efiling@keetonfirm.com
*Counsel for Plaintiffs*

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Heather A. Rice*
Heather A. Rice

## **REQUEST FOR HEARING**

Defendants TGINESIS LLC, by and through their undersigned attorneys, request a hearing on the foregoing Motion to Dismiss.

Dated: October 2, 2023

Respectfully submitted,

/s/ *Heather A. Rice*
Heather A. Rice (#19584)
Franklin & Prokopik, P.C.
2 North Charles St., Suite 600
Baltimore, MD 21201
Tel: (410) 752-8700
hrice@fandpnet.com

Meegan Brooks (pro hac vice forthcoming)
Benesch Friedlander Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Tel: (628) 600-2250
mbrooks@beneschlaw.com

Sheila M. Prendergast (pro hac vice forthcoming)
Benesch Friedlander Coplan & Aronoff LLP
71 S. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 624-6358
sprendergast@beneschlaw.com

*Counsel for Defendant TGINESIS LLC*