# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

| | |
|---|---|
| Oluwakemi Adewol, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TGINESIS LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:23-CV-00509-GLR<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

This matter having come before the Court on Defendant TGINESIS LLC's Motion to Dismiss Plaintiff's Amended Complaint, and the Court having considered the matter, it is hereby ORDERED that Defendant TGINESIS LLC's Motion to Dismiss is GRANTED and this action is hereby DISMISSED with prejudice.

SO ORDERED.

Date: _____            _____
                                                           Hon. George L. Russell
                                                           United States District Judge