IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLUWAKEMI ADEWOL, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>TGINESIS LLC,<br><br>　　　Defendant. | *<br>*<br>*　　Civil Action No. GLR-23-00509<br>*<br>*<br>* |

***

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of July, 2024, hereby:

ORDERED that Defendant TGINESIS LLC's Motion to Dismiss (ECF No. 20) is GRANTED;

IT IS FURTHER ORDERED that the Complaint (ECF No. 1) is DISMISSED;

IT IS FURTHER ORDERED that the Clerk shall MAIL a copy of this Order and the foregoing Memorandum Opinion to Plaintiff Oluwakemi Adewol and counsel of record; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　George L. Russell, III
　　　　　　　　　　　　　　　　　United States District Judge