### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Oluwakemi Adewol, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TGINESIS LLC,<br><br>　　　　　Defendant. | Civil Action No. GLR-23-00509<br><br>The Hon. George L. Russell, III |

## **NOTICE OF APPEAL**

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, Plaintiff Oluwakemi Adewol hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's July 10, 2024 Memorandum Opinion (ECF No. 31) and Order (ECF No. 32) granting Defendant's Motion to Dismiss.

Dated: August 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steffan T. Keeton
　　　　　　　　　　　　　　　　　　　　　　　　　Steffan T. Keeton, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Pa. Id. No. 314635
　　　　　　　　　　　　　　　　　　　　　　　　　stkeeton@keetonfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　　**The Keeton Firm LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　100 S Commons, Ste. 102
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15212
　　　　　　　　　　　　　　　　　　　　　　　　　1-888-412-5291

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2024, a true and correct copy of this Notice was filed with the Court via the Electronic Case Filing System, and was served on all counsel of record through the same means.

/s/ *Steffan T. Keeton*
Steffan T. Keeton, Esq.